```
QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ADALBERTO GARCIA SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                   )<br>          Plaintiff,     )<br>                                   )<br>    v.                       )<br>                                   )<br>ADALBERTO GARCIA SANCHEZ,  )<br>         Defendant.    )<br>_____ | NO. CR.S-05--0225 LKK<br><br>**STIPULATION AND ORDER;**<br>    **EXCLUSION OF TIME**<br><br>Date: August 16, 2005<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, MARK J. REICHEL, Assistant Federal Defender, attorney for Defendant, that the date for trial confirmation hearing and jury trial shall be vacated and the matter set for a change of plea hearing instead on August 16, 2005 at 9:30 a.m.

     This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case; the parties have also reached an agreed upon disposition which will require final legal consultation.

Accordingly, all counsel and the defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through August 16, 2005, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 22, 2005.                    Respectfully submitted,

                                         QUIN DENVIR
                                         Federal Public Defender


DATED:  July 22, 2005.                   /s/ MARK J. REICHEL
                                         MARK J. REICHEL
                                         Assistant Federal Defender
                                         Attorney for Defendant


                                         McGREGOR SCOTT
                                         United States Attorney


DATED:  July 22, 2005.                   /s/ MARK J. REICHEL FOR
                                         MICHAEL BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded and the hearing continued on the dates and upon the grounds set forth--herein above in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: July 22, 2005                     /s/Lawrence K. Karlton
                                         THE HONORABLE LAWRENCE K. KARLTON
                                         United States District Judge

Stip and Order                                           2