QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ADALBERTO GARCIA SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-05-225 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | DATE: August 16, 2005 |
| ) | TIME: 9:30 a.m. |
| ADALBERTO GARCIA SANCHEZ, ) | JUDGE: Lawrence K. Karlton |
| ) | |
| Defendants. ) | |

This matter came on for Status Conference on August 16, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus.  Assistant United States Attorney Michael Beckwith represented the United States of America.  For the defense, Assistant Federal Defender Mark Reichel represented the defendant who was present and in custody.

The defense requested a continuance until September 7, 2005 in order to allow counsel further time to gather records of Defendant's prior convictions, and to allow the parties time for further consultation regarding the case, including consultation between the parties to resolve it.  Therefore the parties further agreed to exclude

Order After Hearing

time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from August 16, 2005, up until and including September 7, 2005.  Defendant was questioned by the court as to this issue and consented on the record to such an exclusion of time. Defendant affirmed he understood his rights under the Speedy Trial Act and consented to the continuance.

    Good cause appearing therefor,

    IT IS ORDERED that this matter is continued to September 7, 2005, at 9:30 a.m. for Status Conference.

    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4 time is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: August 17, 2005

                    /s/Lawrence K. Karlton
                    HONORABLE LAWRENCE K. KARLTON
                    Senior, United States District Court Judge