```
QUIN DENVIR, Bar #49374
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ADALBERTO GARCIA-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>  )<br>ADALBERTO GARCIA-SANCHEZ  )<br>  )<br>            Defendants.  )<br>_____ ) | CASE NO. CR-S-05-225 LKK<br><br>**ORDER AFTER HEARING**<br><br>DATE: September 27, 2005<br>TIME: 9:30 a.m.<br>JUDGE: Lawrence K. Karlton |

This matter came on for Status Conference on September 20, 2005, in the courtroom of the Honorable Lawrence K. Karlton, Chief Judge Emeritus. Assistant United States Attorney Michael Beckwith represented the United States of America. Assistant Federal Defender Caro Marks (standing in for AFD Mark Reichel) represented the defendant, who was present and in custody.

The defense requested a continuance until September 27, 2005 in order to review the plea offer and the plea agreement with the defendant and to prepare the defendant for entry of plea.

The parties further agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18

Order After Hearing

U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from September 20, 2005, up until and including September 27, 2005.  Defendant was questioned by the court as to this issue and consented on the record to such an exclusion of time. Defendant affirmed he understood his rights under the Speedy Trial Act and agreed to the continuance.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to September 27, 2005, at 9:30 a.m. for change of plea.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from September 20, 2005, up to and including September 27, 2005, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: September 21, 2005

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
Senior, U.S. District Court Judge